220 So.2d 258

**David Earl TRAMMELL**

**v.**

**STATE.**

**6 Div. 645.**

Supreme Court of Alabama.

March 13, 1969.

McCollough & McCollough, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of David Earl Trammell for certiorari to the Court of Appeals to review and revise the judgment and decision in Trammell v. State, 44 Ala.App. 681, 220 So. 2d 258.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.